# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SAMUEL L WHITTINGHAM    JOINT DEBTOR: _____    CASE NO.: 16-12927-EPK
Last Four Digits of SS# 3245    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2,083,00  for months   1  to  25 ;
    B.    $1,997.86  for months  26  to  60 ;  in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 6,625.00    TOTAL PAID $ 475.00
        Balance Due    $ 6,150.00    payable $ 246.00  /month  (Months  1  to  25 )
    Fee Itemization: $3,500.00 Base Legal Fee; $2,600.00 to file MMM Motion; $525.00 to value collateral

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.    CTX Mortgage Company, LLC        Arrearage on Petition Date        $ MMM
Address:1000 Legion Place Suite 1200
      Orlando FL 32801        MMM Payment  $ 1,430.27    /month (Months    1    to  60 )
                             *MMM Payment is based on 31% of gross income.
Account No: 562009CA006550

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| First Coast FCU (3245) | 2006 Toyota Tundra $12,236.29 | 2.59% | $217.37 |   1   To   60   | $13,042.20 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.    IRS        Total Due  $ 4,392.68
                Payable    $ 125.51      /month (Months 26  to  60 )

Unsecured Creditors: Pay $  43.09  /month (Months 26  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: DEBTOR WILL FILE MMM MOTION.


  /s/ **FILED ECF**_____        Date: March 10, 2016
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)


LF-31 (rev. 12/01/09)